```
DARRYL J. HOROWITT #100898
KAREL G. ROCHA #212413
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Defendants,
Petra Guzman, Manuel Sedano and
Pedro Sedano, individually and d/b/a
Taqueria Sedanos a/k/a Taqueria Sabanos
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>PETRA GUZMAN, MANUEL SEDANO AND PEDRO SEDANO, INDIVIDUALLY AND D/B/A TAQUERIA SEDANOS A/K/A TAQUERIA SABANOS,<br><br>Defendants. | CASE NO. 1:05-CV-00281 REC TAG<br><br>ORDER |

ORDER:

1. The Scheduling Conference of July 28, 2005, is hereby vacated;

2. The new scheduling conference date is Aug. 25, 2005; @ 9:30 a.m.

3. The Joint Scheduling Conference Statement shall be filed seven days prior to the scheduling conference. (Aug. 18, 2005)

Dated: July 25, 2005

THERESA A. GOLDNER
Hon. Magistrate Judge of the U.S. District Court, Eastern District