Thomas P. Riley. SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
One California Plaza
300 South Grand Avenue, Suite 2670
Los Angeles, CA 90071

Tel: 213-229-9292
Fax: 213-229-9295

ATTORNEYS FOR PLAINTIFF
Garden City Boxing Club, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., | Case No. 1:05-CV-00281 REC TAG |
| Plaintiff, | STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE; *ORDER THEREON* |
| vs. | |
| PETRA GUZMAN, MANUEL SEDANO, AND PEDRO SEDANO, individually and d/b/a Taqueria Sedanos. | |
| Defendants. | |

TO THIS HONORABLE COURT:

By and through their counsel, Plaintiff Garden City Boxing Club, Inc., and Defendants Petra Guzman, Manuel Sedano, and Pedro Sedano, hereby agree, stipulate, and respectfully request that this Honorable Court continue the Initial Scheduling Conference in this action (presently set for August 25, 2005, at 9:30 a.m.) to a new date of Thursday, September 15, 2004, at 9:30 a.m.

Such a request is respectfully requested in order that the Parties may continue settlement discussions presently being conducted in earnest by and between their respective counsel.

///

///

///

**WHEREFORE, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES** that the Court reschedule the Initial Scheduling Conference to a new date of Thursday, September 15, 2005, at 9:30 AM.

Respectfully submitted,

Dated: August 1, 2005  /s/ Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Garden City Boxing Club, Inc.

Dated: August 1, 2005  /s/ Karel G. Rocha
**COLEMAN & HOROWITT, LLP**
By: Karel G. Rocha
Attorneys for Defendant
Petra Guzman, Manuel Sedano and Pedro Sedano

## ORDER

The Scheduling Conference is continued to Friday, September 16, 2005, at 1:30 p.m.

Telephonic appearances are authorized. Plaintiff counsel is to initiate contact with Courtroom Deputy Clerk, Mr. Alan Leon Guerrero at (661) 326-6620.

Dated: August 17, 2005

**HONORABLE THERESA A. GOLDNER**
U.S. Magistrate Judge
United States District Court
Eastern District of California

///

STIPULATION TO CONTINUE INITIAL
SCHEDULING CONFERENCE
Case No. 01:05-CV-00281 REC TAG
Page 2