Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
One California Plaza
300 South Grand Avenue, Suite 2670
Los Angeles, CA 90071-3161

Tel: 213-229-9292
Fax: 213-229-9295
TPRLA@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Garden City Boxing Club, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Petra Guzman, et al.<br><br>Defendants. | CASE NO. CIV-F-05-281 REC TAG<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS PETRA GUZMAN, MANUEL SEDANO and PEDRO SEDANO, individually and d/b/a TAQUERIA SEDANOS A/K/A TAQUERIA SABANOS |

**IT IS HEREBY STIPULATED** by and between Plaintiff GARDEN CITY BOXING CLUB, INC. and Defendants PETRA GUZMAN, MANUEL SEDANO and PEDRO SEDANO, individually and d/b/a TAQUERIA SEDANOS A/K/A TAQUERIA SABANOS, that the above-entitled action is hereby dismissed **without prejudice** against PETRA GUZMAN, MANUEL SEDANO and PEDRO SEDANO, individually and d/b/a TAQUERIA SEDANOS A/K/A TAQUERIA SABANOS subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by October 1, 2005, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice.**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: August 22, 2005          */s/ Thomas P. Riley*
          **LAW OFFICES OF THOMAS P. RILEY, P.C.**
          By:  Thomas P. Riley
          Attorneys for Plaintiff
          GARDEN CITY BOXING CLUB, INC.

Dated:          */s/ Karel G. Rocha*
          **COLEMAN & HOROWITT, LLP**
          By: Karel G. Rocha, Esquire
          Attorneys for PETRA GUZMAN, MANUEL SEDANO and PEDRO SEDANO, individually
          and d/b/a Taqueria Sedanos a/k/a Taqueria Sabanos

**IT IS SO ORDERED**:


___/s/ ROBERT E. COYLE__          Dated:      9/13/2005
**The Honorable Robert E. Coyle**
**United States District Court**
**Eastern District of California**

**STIPULATION OF DISMISSAL**
**CIV-F 05-0281 REC TAG**
**PAGE 2**

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE (BY OVERNIGHT MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is One California Plaza, 300 South Grand Avenue, Suite 2670, Los Angeles, California 90071.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 22, 2005, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS PETRA GUZMAN and MANUEL SEDANO, individually and d/b/a TAQUERIA SEDANOS A/K/A TAQUERIA SABANOS**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Karel G. Rocha, Esquire          Attorneys for Defendants
Coleman & Horowith, LLP
499 West Shaw, Suite 116
Fresno, CA 93704

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 22, 2005, at Los Angeles, California.

Dated: August 22, 2005                            _____

                                                                INESA MAMIDJANYAN

PDF created with pdfFactory trial version www.pdffactory.com